1066

No. 78–753.  GREAT AMERICAN FEDERAL SAVINGS & LOAN ASSN. ET AL. v. NOVOTNY.  C. A. 3d Cir.  Certiorari granted.

No. 78–776.  UNITED STATES v. BATCHELDER.  C. A. 7th Cir.  Certiorari granted.

No. 78–575.  SOUTHERN RAILWAY CO. v. SEABOARD ALLIED MILLING CORP. ET AL.;

No. 78–597.  INTERSTATE COMMERCE COMMISSION v. SEABOARD ALLIED MILLING CORP. ET AL.; and

No. 78–604.  SEABOARD COAST LINE RAILROAD CO. ET AL. v. SEABOARD ALLIED MILLING CORP. ET AL.  C. A. 8th Cir.  Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.  MR. JUSTICE POWELL took no part in the consideration or decision of these petitions.  Reported below: 570 F. 2d 1349.

No. 78–610.  COLUMBUS BOARD OF EDUCATION ET AL. v. PENICK ET AL.  C. A. 6th Cir.  Certiorari granted and case set for oral argument with No. 78–627, immediately infra.

No. 78–627.  DAYTON BOARD OF EDUCATION ET AL. v. BRINKMAN ET AL.  C. A. 6th Cir.  Certiorari granted and case set for oral argument with No. 78–610, immediately supra.

No. 78–680.  HUTCHINSON v. PROXMIRE, U. S. SENATOR, ET AL.  C. A. 7th Cir.  Certiorari granted and case set for oral argument with No. 78–5414, immediately infra.

No. 78–5414.  WOLSTON v. READER'S DIGEST ASSN., INC., ET AL.  C. A. D. C. Cir.  Motion of petitioner for leave to proceed in forma pauperis granted.  Certiorari granted and case set for oral argument with No. 78–680, immediately supra.